**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM R. BRANCH,** | : | **CIVIL ACTION NO. 1:04-CV-1054** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **C/O GOWAT, et al.,** | : | |
| **Defendants** | : | |

### **ORDER**

AND NOW, this 14th day of June, 2005, upon consideration of plaintiff's motion for reconsideration (Doc. 17) of the order of court dropping certain parties from the above-captioned case, see FED. R. CIV. P. 21, and it appearing that the motion for reconsideration merely reargues matters addressed by the court in previous orders (Docs. 10, 15), see Waye v. First Citizen's Nat'l Bank, 846 F. Supp. 310, 314 (M.D. Pa.) ("A motion for reconsideration is not to be used to reargue matters already argued and disposed of."), aff'd, 31 F.3d 1174 (3d Cir. 1994), it is hereby ORDERED that plaintiff's motion for reconsideration (Doc. 17) is DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge